**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                                                    **PLAINTIFF**

**v.**                                        **Case No.  4:12-cr-00195 KGB**

**DINA GARB SPOON**                                                                                                **DEFENDANT**

## ORDER

The government filed a motion for revocation of defendant Dina Garb Spoon's supervised release and for issuance of a summons for her to appear before this Court to show cause why her supervised release should not be revoked (Dkt. No. 7).

The Court held a hearing on the government's motion for revocation on May 12, 2016. At that hearing, Ms. Spoon admitted the alleged violations in the government's motion for revocation. The parties jointly proposed that the Court hold the matter in abeyance for 90 days before making a final determination on the government's motion to revoke Ms. Spoon's supervised release. For good cause shown, the Court granted the parties' proposal and modified Ms. Spoon's conditions of supervised release (Dkt. No. 12).

Pending is the government's motion to dismiss without prejudice the pending motion to revoke (Dkt. No. 14). In its motion, the government states that, since the May 12, 2016, hearing, Ms. Spoon has complied with the conditions and modified conditions of her supervised release. For good cause shown, the Court grants the motion (Dkt. No. 14). The government's pending motion to revoke Ms. Spoon's supervised release is hereby dismissed without prejudice (Dkt. No. 7). All general, standard, special, and modified conditions of supervised release previously imposed on Ms. Spoon remain in full force and effect (Dkt. Nos. 1, 3, 6, 12). The revocation hearing scheduled for August 18, 2016 is cancelled.

It is so ordered this the 11th day of August, 2016.

_____
Kristine G. Baker
United States District Judge